## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X
WALESKA MARTINEZ, on behalf of herself
and all others similarly situated,

|  |  |  |
|---|---|---|
| | Plaintiff, | Civil Case No.: 2:17-cv-11923 (ES)(JAD) |
| v. | | |
| DIVERSIFIED CONSULTANTS, INC., and JOHN DOES 1-25, | | **NOTICE OF VOLUNTARY DISMISSAL** |
| | Defendants. | |

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Plaintiff, pursuant to Rule 41, of the Federal Rules of Civil Procedure, does hereby withdraw this action, *on consent*, with prejudice against DIVERSIFIED CONSULTANTS, INC., and JOHN DOES 1-25.

Dated: April 6, 2020

| | |
|---|---|
| */s/ Benjamin J. Wolf* | */s/ Michael T. Sweeney* |
| Jones, Wolf & Kapasi, LLC | Sessions, Fishman, Nathan & Israel |
| Benjamin J. Wolf, Esq. | Michael T. Sweeney, Esq. |
| One Grand Central Place | 1111 Manning Stree |
| 60 East 42nd Street, 46th Floor | Philadelphia, Pennsylvania 19107 |
| New York, New York 10165 | (215) 398-1653 telephone |
| (646) 459 7971 telephone | msweeney@sessions.legal |
| bwolf@legaljones.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**SO ORDERED**

_____

**Hon. Esther Salas, U.S.D.J.**
**Date:** 4/7/20